IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
AUG 0 4 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> DAMINION T. TITTIES, ) <br>   a/k/a Damion Tyrone Tittle, ) <br>   a/k/a Damion Tyrone Tittles, ) <br>   a/k/a Capone, ) <br> ) <br> Defendant. ) | No. CR-15-18-R <br><br> Violations:  21 U.S.C. § 841(a)(1) <br>              18 U.S.C. § 922(g)(1) <br>              18 U.S.C. § 924(d) <br>              21 U.S.C. § 853 <br>              28 U.S.C. § 2461(c) |

## SUPERSEDING INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
(Possession with intent to distribute methamphetamine)

On or about August 20, 2014, in Comanche County, within the Western District of Oklahoma, the defendant,

------------------------------- DAMINION T. TITTIES,
               a/k/a Damion Tyrone Tittle,
               a/k/a Damion Tyrone Tittles,
               a/k/a Capone, -------------------------------------

knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found in Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
### (Felon in possession of firearms and ammunition)

On or about August 20, 2014, in Comanche County, within the Western District of Oklahoma, the defendant,

---------------------------------- **DAMINION T. TITTIES,**
        **a/k/a Damion Tyrone Tittle,**
        **a/k/a Damion Tyrone Tittles,**
        **a/k/a Capone,** ----------------------------------------

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed the following firearms and ammunition:

1) A Yugoslavian SKS semi-automatic rifle, Model 59/66, 7.62 x 39mm caliber, bearing serial number F-144871;

2) A Hi-Point semi-automatic rifle, Model 995, 9mm x 19 caliber, bearing serial number A69145;

3) A Norinco SKS semi-automatic rifle, 7.62 x 39mm caliber, bearing serial number 012080;

4) At least one round of 9mm ammunition;

5) At least one round of 7.62 ammunition; and

6) At least one round of .40 SW ammunition,

which were in and affecting interstate commerce in that said firearms and ammunition had previously crossed states lines or traveled in foreign commerce to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found in Title 18, United States Code, Section 924(a)(2).

## COUNT 3
### (Felon in possession of ammunition)

On or about August 20, 2014, in Comanche County, within the Western District of Oklahoma, the defendant,

------------------------------ DAMINION T. TITTIES,
        a/k/a Damion Tyrone Tittle,
        a/k/a Damion Tyrone Tittles,
        a/k/a Capone, ------------------------------------------

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed a round of 9mm ammunition that was in and affecting interstate commerce in that said ammunition had previously crossed states lines or traveled in foreign commerce to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found in Title 18, United States Code, Section 924(a)(2).

## COUNT 4
### (Felon in possession of ammunition)

From on or about July 13, 2014, through on or about August 21, 2014, in Comanche County, within the Western District of Oklahoma, the defendant,

------------------------------ DAMINION T. TITTIES,
        a/k/a Damion Tyrone Tittle,
        a/k/a Damion Tyrone Tittles,
        a/k/a Capone, ------------------------------------------

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed at least one round of 9mm ammunition that

was in and affecting interstate commerce in that said ammunition had previously crossed states lines or traveled in foreign commerce to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found in Title 18, United States Code, Section 924(a)(2).

### COUNT 5
### (Felon in possession of firearm)

On or about November 27, 2013, in Comanche County, within the Western District of Oklahoma, the defendant,

---------------------------------- **DAMINION T. TITTIES,**
**a/k/a Damion Tyrone Tittle,**
**a/k/a Damion Tyrone Tittles,**
**a/k/a Capone,** ---------------------------------------

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed a Hi-Point semi-automatic handgun, .380 ACP caliber, Model CF 380, bearing serial number P8004448, which was in and affecting interstate commerce in that said firearm had previously crossed states lines or traveled in foreign commerce to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found in Title 18, United States Code, Section 924(a)(2).

## **FORFEITURE ALLEGATIONS**

A.     The allegations contained in this Superseding Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

B.     Upon conviction of any of the offenses alleged in Counts 1 through 4 of this Superseding Indictment, defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense, any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense, and firearms and ammunition involved in the commission of the offenses, including but not limited to:

1) A Yugoslavian SKS semi-automatic rifle, Model 59/66, 7.62 x 39mm caliber, bearing serial number F-144871;

2) A Hi-Point semi-automatic rifle, Model 995, 9mm x 19 caliber, bearing serial number A69145;

3) A Norinco SKS semi-automatic rifle, 7.62 x 39mm caliber, bearing serial number 012080;

4) A Hi-Point semi-automatic handgun, .380 ACP caliber, Model CF 380, bearing serial number P8004448;

5) Miscellaneous ammunition, including: approximately 60 rounds of 9mm, 78 rounds of 7.62, and 1 round of .40 SW ammunition;

6) A Samsung Galaxy III cellular phone (IMEI #99000448594883); and

7) Any and all magazines or ammunition not specified herein.

All pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

SANFORD C. COATS
United States Attorney

*[signature]*

KERRY BLACKBURN
Assistant United States Attorney